**STATE OF FLORIDA, ex rel. BENJAMIN RIMER v. CITY OF MIAMI BEACH, et al.**

27 So. (2nd) 524               June Term, 1946
October 11, 1946               Division A

*Hoffman & Durant,* for appellant.
*Ben Shepard,* for appellee.

PER CURIAM:

Judgment quashing alternative writ of mandamus was entered in a suit where mandamus was sought to coerce the municipal authorities to issue a liquor dealers permit to relator to conduct a package house business within a certain area where such business is prohibited by zoning ordinance.

The contention is that the ordinance is invalid because it permits the sale of beer and wine in this zone and prohibits the sale of hard liquors therein, and, therefore, constitutes an arbitrary, unreasonable and unlawful discrimination.

We cannot agree with such contention and, therefore, the judgment is affirmed.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.